## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MA-NA-PE-XOO-NU-GA CLEVELAND,** )<br>)<br>**Defendant.** ) | **8:09CR184**<br><br>**ORDER MODIFYING CONDITIONS<br>OF RELEASE** |

The defendant is allowed to travel with his family to Red Wing, Minnesota for the Native American Celebration beginning July 9, 2009 and returning before 10:30 p.m. on July 13, 2009.  All other conditions of supervision shall remain in full force and effect.

DATED the 10th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge