IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR184 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| MA-NA-PE-XOO-NU-GA CLEVELAND, | ) ) ) ) | |
| Defendant. | | |

The defendant is allowed to attend the Native American Celebration in Winnebago, Nebraska from July 23, 2009 through July 26, 2009. He must return to his residence in Sioux City, Iowa by 11:30 p.m. each night. All other conditions of supervision shall remain in full force and effect.

DATED the 22nd day of July, 2009.

BY THE COURT:

  s/Thomas D. Thalken

HON. THOMAS D. THALKEN
United States Magistrate Judge