# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **TEMPORARY MODIFICATION OF** |
| | ) | **CONDITIONS OF RELEASE** |
| MA-NA-PE-XOO-NU-GA CLEVELAND, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant is allowed to attend a funeral on the Winnebago Indian Reservation from August 3, 2009 at 6:00 p.m. through August 4, 2009 until 6:00 p.m. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 3rd day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge