# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:09CR184 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **TEMPORARY MODIFICATION OF** |
| | ) | **CONDITIONS OF RELEASE** |
| **MA-NA-PE-XOO-NU-GA CLEVELAND,** | ) ) ) | |
| **Defendant.** | ) | |

The Defendant is allowed to attend his son's birthday ceremony on the Winnebago Indian Reservation from August 7, 2009 at 6:00 p.m. through August 8, 2009 until 6:00 p.m.

All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED**.

DATED the 7th day of August, 2009.

                                              BY THE COURT:

                                              s/Thomas D. Thalken
                                             United States Magistrate Judge