# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:09CR184 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER MODIFYING** |
| v. | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| **MA-NA-PE-XOO-NU-GA** | ) | |
| **CLEVELAND,** | ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the court on the defendant's motion to modify conditions of release (Filing No. 41). The motion is granted. The defendant is allowed to go camping with his family in North Sioux City, South Dakota, beginning August 13, 2009 and returning before 10:30 p.m. on August 16, 2009. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 13th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge