# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR184** |
| **Plaintiff,** | ) | |
| | ) | **ORDER MODIFYING CONDITIONS** |
| v. | ) | **OF RELEASE** |
| | ) | |
| **MA-NA-PE-XOO-NU-GA CLEVELAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The defendant is allowed to attend the Native American celebration with his family in Wisconsin Dells, Wisconsin, beginning August 21, 2009 and returning before 10:30 p.m. on August 24, 2009. All other conditions of supervision shall remain in full force and effect.

DATED the 20th day of August, 2009.

                                    BY THE COURT:

                                    s/Thomas D. Thalken
                                    United States Magistrate Judge