## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MA-NA-PE-XOO-NU-GA CLEVELAND,** ) <br> ) <br> **Defendant.** ) | **8:09CR184** <br><br> **ORDER MODIFYING** <br> **CONDITIONS OF RELEASE** |

The defendant is allowed to travel with his family to Black River Falls, Wisconsin, beginning September 3, 2009 and returning before 10:30 p.m. on September 8, 2009. All other conditions of supervision shall remain in full force and effect.

DATED this 27th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge