# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO. 8:09CR184 |
| ) | |
| Plaintiff,    ) | |
| ) | ORDER GRANTING |
| v.    ) | TEMPORARY MODIFICATION OF |
| ) | CONDITIONS OF RELEASE |
| MA-NA-PE-XOO-NU-GA    ) | |
| CLEVELAND,    ) | |
| ) | |
| Defendant.    ) | |

The Defendant is allowed to attend his father's memorial ceremony on the Winnebago Indian Reservation from 4:00 p.m. on Saturday, September 19, 2009, through 6:00 p.m. on Sunday, September 20, 2009.  All other conditions of supervision shall remain in full force and effect.

IT IS SO ORDERED.

DATED the 15th day of September, 2009.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge