# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:09CR184 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER MODIFYING** |
| v. | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| **MA-NA-PE-XOO-NU-GA CLEVELAND,** | ) ) | |
| | ) | |
| **Defendant.** | | |

The defendant is allowed to attend the Native American Day Harvest Celebration in Winnebago, Nebraska, on Monday, September 28, 2009, from 5:00 p.m. to 11:00 p.m. His return must be before 11:30 p.m. All other conditions of supervision shall remain in full force and effect.

DATED the 28th day of September, 2009.

                                            BY THE COURT:

                                            s/Thomas D. Thalken
                                            United States Magistrate Judge