# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. 8:09CR184 |
| ) | |
| **Plaintiff,**      ) | |
| ) | **ORDER MODIFYING** |
| v.      ) | **CONDITIONS OF RELEASE** |
| ) | |
| MA-NA-PE-XOO-NU-GA      ) | |
| CLEVELAND,      ) | |
| ) | |
| **Defendant.** | |

Defendant's motion to modify the conditions of release (Filing No. 53) is granted. The defendant is allowed to travel to Lake Andes, South Dakota, beginning Friday, October 2, 2009, and returning before 10:30 p.m. on Sunday, October 4, 2009. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 28th day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge