# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER MODIFYING |
| v. | ) | CONDITIONS OF RELEASE |
| | ) | |
| MA-NA-PE-XOO-NU-GA | ) | |
| CLEVELAND, | ) | |
| | ) | |
| Defendant. | | |

The defendant is allowed to travel to Rapid City, South Dakota, for the Native American Pow-Wow beginning October 8, 2009 and returning before 10:30 p.m. on October 12, 2009.  All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 5th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge