IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR184 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER MODIFYING |
| | ) | CONDITIONS OF RELEASE |
| MA-NA-PE-XOO-NU-GA CLEVELAND, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to modify conditions of release (Filing No. 59). The motion is granted and the defendant is allowed to travel to Omaha, Nebraska, for a basketball tournament beginning Saturday, October 17, 2009 and returning before 10:30 p.m. on Sunday, October 18, 2009. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 15th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge