IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:09CR184 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **TEMPORARY MODIFICATION OF** |
| ) | **CONDITIONS OF RELEASE** |
| MA-NA-PE-XOO-NU-GA ) | |
| CLEVELAND, ) | |
| ) | |
| Defendant. ) | |

The Defendant is allowed to attend the Native American Pow-Wow in Winnebago, Nebraska, from noon until midnight on Friday, October 30, 2009. All other conditions of supervision shall remain in full force and effect.

IT IS SO ORDERED.

DATED the 26th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge