# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:09CR184 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER GRANTING TEMPORARY** |
| v. | ) | **MODIFICATION OF CONDITIONS** |
| | ) | **OF RELEASE** |
| **MA-NA-PE-XOO-NU-GA CLEVELAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Defendant is allowed to attend a ceremonial "ghost feed" at his mother's residence in Winnebago, Nebraska, from 3:00 p.m. until 10:00 p.m. on Wednesday, October 28, 2009. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 27th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge