# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | 8:09CR184 |
| Plaintiff,           ) | |
| ) | |
| v.           ) | ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| MA-NA-PE-XOO-NU-GA CLEVELAND,           ) | |
| ) | |
| Defendant.           ) | |

This matter is before the court on the defendant's motion to modify the conditions of release (Filing No. 66). The motion is granted and the defendant is allowed to travel with his family to Lake Andes, South Dakota for Native American church services beginning Friday, November 6, 2009 and returning before 10:30 p.m. on Sunday, November 8, 2009. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 4th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
