## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR184** |
| **Plaintiff,** | ) | |
| | ) | **ORDER GRANTING TEMPORARY** |
| v. | ) | **MODIFICATION OF** |
| | ) | **CONDITIONS OF RELEASE** |
| **MA-NA-PE-XOO-NU-GA CLEVELAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 68). The motion is granted and the Defendant is allowed to attend the Native American Veterans Day Pow-Wow in Winnebago, Nebraska, from 5:00 p.m. until 11:30 p.m. on Wednesday, November 11, 2009. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 6th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
