# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR184 |
| Plaintiff, ) | |
| ) | ORDER MODIFYING |
| v. ) | CONDITIONS OF RELEASE |
| ) | |
| MA-NA-PE-XOO-NU-GA CLEVELAND, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 70).  The motion is granted and the defendant is allowed to attend Native American church services in Winnebago, Nebraska, beginning at 3:00 p.m. on Saturday, November 14, 2009 and returning before 10:30 p.m. on Sunday, November 15, 2009.  All other conditions of supervision shall remain in full force and effect.

DATED this 10th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge