**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CR184** |
| | ) | |
| **v.** | ) | **ORDER GRANTING TEMPORARY** |
| | ) | **MODIFICATION OF CONDITIONS** |
| **MA-NA-PE-XOO-NU-GA CLEVELAND,** | ) | **OF RELEASE** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 76). The motion is granted and the defendant is allowed to stay at his family's residence, 239 White Stocking Lane, Winnebago, Nebraska, from Wednesday, November 25, 2009, until the time of curfew on Saturday, November 28, 2009. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 24th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge