## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 8:09CR184 |
| **Plaintiff,** ) | |
| ) | **ORDER GRANTING TEMPORARY** |
| **v.** ) | **MODIFICATION OF CONDITIONS** |
| ) | **OF RELEASE** |
| **MA-NA-PE-XOO-NU-GA CLEVELAND,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 80). The motion is granted and the defendant is allowed to transport his children to their doctor appointments at the Winnebago Hospital in Winnebago, Nebraska, from 8:00 a.m. until 5:00 p.m. on Tuesday, December 15, 2009. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED this 10th day of December, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge