IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:09CR184 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | TEMPORARY MODIFICATION OF |
| ) | CONDITIONS OF RELEASE |
| MA-NA-PE-XOO-NU-GA ) | |
| CLEVELAND, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 82). The motion is granted and the defendant is allowed to stay at his family's residence, 239 White Stocking Lane, Winnebago, Nebraska, from Monday, December 21, 2009, until the time of curfew on Sunday, December 27, 2009, and attend Native American church services in Winnebago, Nebraska on Monday, December 21, 2009. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 18th day of December, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge