# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR184 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER MODIFYING CONDITIONS OF RELEASE |
| MA-NA-PE-XOO-NU-GA CLEVELAND, | ) ) ) ) | |
| Defendant. | | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 85). The motion is granted and the defendant is allowed to attend the Native American Pow-Wow in Winnebago, Nebraska, on December 30 and 31, 2009, and travel with his family to Denver, Colorado on January 1, 2010, returning before 10:30 p.m. on Tuesday, January 5, 2010. All other conditions of supervision shall remain in full force and effect.

DATED the 29th day of December, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge