# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:09CR184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER MODIFYING** |
| v. | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| **MA-NA-PE-XOO-NU-GA CLEVELAND,** | ) ) | |
| | ) | |
| Defendant. | | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 87). The motion is granted and the defendant is allowed to attend Native American church services in Winnebago, Nebraska, and a Pow-Wow in Macy, Nebraska, beginning at Friday, January 8, 2010, and returning before 10:30 p.m. on Sunday, January 10, 2010. All other conditions of supervision shall remain in full force and effect.

DATED the 5th day of January, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge