# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>v.                           )<br>                             )<br>MA-NA-PE-XOO-NU-GA           )<br>CLEVELAND,                   )<br>                             )<br>            Defendant.       ) | CASE NO. 8:09CR184<br><br>ORDER MODIFYING<br>CONDITIONS OF RELEASE |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 92). The motion is granted and the defendant is allowed to attend Native American church services in Winnebago, Nebraska, beginning Thursday, January 21, 2010, and returning before 10:30 p.m. on Sunday, January 24, 2010. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 19th day of January, 2010.

                              BY THE COURT:

                               s/Thomas D. Thalken
                              United States Magistrate Judge