# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR184 |
| vs. | ) | ORDER GRANTING TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE |
| MA-NA-PE-XOO-NU-GA CLEVELAND, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 97). The motion is granted and the defendant is allowed to attend Native American church services in Winnebago, Nebraska, beginning Thursday, February 4, 2010, and returning before 10:30 p.m. on Monday, February 8, 2010. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED**:

DATED the 3rd day of February, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge