# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MA-NA-PE-XOO-NU-GA** )<br>**CLEVELAND,** )<br>)<br>**Defendant.** | **CASE NO. 8:09CR184**<br><br>**ORDER MODIFYING**<br>**CONDITIONS OF RELEASE** |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 109). The motion is granted and the defendant is allowed to attend Native American church services and doctor appointments in Winnebago, Nebraska, beginning Thursday, February 25, 2010, and returning before 10:30 p.m. on Monday, March 1, 2010. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 23rd day of February, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge