# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR184 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| MA-NA-PE-XOO-NU-GA CLEVELAND, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 111). Upon consideration, the motion is denied.

**IT IS SO ORDERED.**

DATED the 3rd day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge