## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR184 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| MA-NA-PE-XOO-NU-GA CLEVELAND, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 117). The motion is granted and the defendant is allowed time with his family to mourn the death of his mother in Winnebago, Nebraska, beginning Wednesday, March 31, 2010, and returning before 10:30 p.m. on Friday, April 2, 2010. All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 31st day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge