# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:09CR184** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER MODIFYING** |
| ) | **CONDITIONS OF RELEASE** |
| **MA-NA-PE-XOO-NU-GA CLEVELAND,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of release (Filing No. 121). The motion is DENIED.

**IT IS SO ORDERED:**

DATED this 7th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge